**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAY 17 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:17CR216 RLW/NAB |
| LA'RON M. CLOWER, a/k/a "Lao," | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about July 2016 and on or about November 2016, within the Eastern District of Missouri, the defendant,

**LA'RON M. CLOWER, a/k/a "Lao",**

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain or maintain by any means a person, "Jane Doe," knowing or in reckless disregard of the fact that "Jane Doe" had not yet attained the age of 18 years, and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States ttorney

_____
HOWARD J. MARCUS
Assistant United States Attorney